AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.
DIEGO MARTIN VILLAVICENCIO

*Defendant(s)*

Case No. 4:26mj14-MAF

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 15, 2025 in the county of Leon in the Northern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 875(c) | Interstate Communication/Threats |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation Special Agent Myles Jones, which is incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Myles Jones, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/02/2026

*Judge's signature*

City and state: Tallahassee, Florida

Martin A. Fitzpatrick
*Printed name and title*

RCV'D USDC FLND TL
FEB 2 '26 PM4:23