IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DIEGO MARTIN VILLAVICENCIO** | **UNDER SEAL**<br>**Case No. 4:26mj14-MAF** |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Myles Jones, being first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2022. I am presently assigned to the Jacksonville Division's Tallahassee Resident Agency's Criminal Investigations Squad. In this capacity, I work a variety of criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to human trafficking, crimes committed on federal property, and violent crimes, among other violations of federal law.

2. During my training at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including drafting search warrant affidavits, Fourth Amendment searches, and probable cause. From February 2023 to present, I have received training in how to conduct investigations involving public corruption, civil rights, crimes against children, and other federal offenses.

3. This Affidavit is made in support of a Criminal Complaint against Diego Martin Villavicencio ("VILLAVICENCIO"). As set forth herein, there is probable cause to believe VILLAVICENCIO has violated 18 U.S.C. § 875(c) (Interstate communications/threats).

4. This Affidavit is based upon my personal knowledge, experience, and investigation, as well as information conveyed to me from or through reports of other law enforcement officers in the course of their duties. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the Criminal Complaint, it does not set forth every fact that I or others have learned during the course of this investigation. I have set forth only those facts necessary to establish the probable cause for a Criminal Complaint. This Affidavit does not exhaust my knowledge or that of other investigators of the facts and circumstances surrounding this investigation. Based on the facts set forth in this affidavit, there is probable cause to believe that VILLAVICENCIO has violated 18 U.S.C. § 875(c).

## PROBABLE CAUSE

5. On September 7, 2025, the FBI was notified of several concerning and threatening statements posted by X user "@oracleofomega".[1] A review of X profile "@oracleofomega" revealed that the user had called for terrorist acts of violence

---

[1] "X" was formerly known as "Twitter." Users of X identify themselves by their handle, "@ . . .".

against government officials and CEOs. The threatening messages often ended with "death to America" and expressed an interest in "blowing up America." The user of X profile @oracleofomega frequently used violent wording multiple times a day and called for death to "Donald Trump" and to "end capitalism." Information from X obtained in response to a subpoena established that the account @oracleofomega was created on May 29, 2020, with an associated email address of "efink1989@protonmail.com". Information obtained from Amazon.com in response to a subpoena associated the email address efink1989@protonmail.com with VILLAVICENCIO and [redacted] (sic). Law enforcement databases indicate this likely refers to [redacted]".

6. On September 12, 2025, the Federal Reserve Bank of Chicago, Law Enforcement Unit, was notified of a threat on X. Specifically, X account @oracleofomega, responded to another X user and stated "American (sic) is a plutocracy, I'm going to shoot [redacted]."

7. On September 15, 2025, the Rhode Island State Fusion Center received an email from a Senior Special Agent with the Board of Governors of the Federal Reserve System Protective Services Unit regarding a death threat made to [redacted]. The posts were, again, made by @oracleofomega and depicted [redacted] with a red sight and crosshairs pointed at his head. The first post included the threat that "[redacted] will be shot and killed September 23". The

second post included the threat "Jerome is next". At the time, [redacted] was scheduled to attend and speak at the Warwick/Providence, Rhode Island, Chamber of Commerce Economic Luncheon.







8. The next day, September 16, 2025, @oracleofomega posted a threat directed against a member of Congress. The post was in response to a post by the member of Congress, and stated, "I'll kill you and your family and you won't do anything about it. Corruption listens to bullets." The user @oracleofomega then sent a direct message (DM) to the member of Congress that stated "You are going to be shot and killed on September 24".




9. On September 16, 2025, United States Capitol Police (USCP) submitted a preservation request and emergency disclosure request (EDR) to X. Corporation for information related to the post and @oracleofomega. The following information was received in response to the EDR:

Account ID: 1266424328607973378
Username: oracleofomega
Display Name: d[2]
Created at: 2020-05-29T17:41:10.646Z
Creation Email: efink1989@protonmail.com
Creation IP: 97.100.207.224
IP Audit History:
Created At: 2025-09-16 T21:43:34.000Z / Login Ip: 98.230.99.81
Created At: 2025-09-15 T22:50:59.000Z / Login Ip: 98.230.99.81
Created At: 2025-09-16 T18:46:11.000Z / Login Ip: 172.59.68.251

[2] Again, Villavicencio's first name is "Diego."

Created At: 2025-09-16 T17:42:07.000Z / Login Ip: 172.59.68.231
Created At: 2025-09-16 T15:52:22.000Z / Login Ip: 172.59.68.173
Created At: 2025-09-16 T14:34:49.000Z / Login Ip: 172.59.68.115
Created At: 2025-09-16 T11:53:37.000Z / Login Ip: 172.59.69.129
Created At: 2025-09-15 T19:24:02.000Z / Login Ip: 172.59.65.248
Created At: 2025-09-15 T17:39:08.000Z / Login Ip: 172.59.65.196
Created At: 2025-09-15 T16:25:16.000Z / Login Ip: 172.59.64.4

10. USCP issued a subsequent search warrant to X concerning account @oracleofomega. Results of this warrant confirmed that the account was created on May 29, 2020, and the registered email for the account was efink1989@protonmail.com. VILLAVICENCIO's date of birth is October 23, 1989.

11. The login IP addresses within the X search warrant also confirm that IP address of 98.230.99.81 was assigned to @oracleofomega on September 15, 2025. United States Secret Service (USSS) agents also issued a subpoena to Comcast Cable Communications. The results from this subpoena establish that IP Address 98.230.99.81 was registered to [redacted] at [redacted] on September 15, 2025. Physical surveillance as part of this investigation has established that VILLAVICENCIO and his registered vehicle are consistently located at 1806 Sharon Rd in Tallahassee, FL. The service start date for [redacted] Comcast Cable Communications account is May 5, 2023, and her registered email is e[redacted]. [redacted] has a date of birth of October 5, 1986.

12. On October 20, 2025, @oracleofomega posted "Death to America Bomb America Bomb the federal reserve Kill politicians Kill CEOs Shoot Joe Biden

Shoot [redacted] Shoot Donal Trump END CAPITALISM FREE THE PEOPLE".




13. As of November 5, 2025, X account @oracleofomega was suspended, apparently for violating X's terms of use.

14. On November 13, 2025, 4chan[3] user aCWV0lz1 posted the following:

---

[3] 4chan is an anonymous image-board website created in 2003 that hosts discussions on a diverse array of topics, including video games, politics, and sports.

Anonymous (ID: aCWV0lz1 ) 11/13/25(Thu)11:35:59 No.61314299 ▶ >>61314390

>>61314156
Death to America
Bomb America
Bomb the federal reserve
Kill politicians
Kill CEOs
Shoot Joe Biden
[redacted]
Shoot Donald Trump
END CAPITALISM
FREE THE PEOPLE

Law enforcement had previously associated this ID as possibly associated with VILLAVICENCIO.

15. On November 20, 2025, 4chan user Anonymous/ID: nxK50mRt (NRID) posted "Death to America Bomb America Bomb the federal reserve Kill politicians Kill CEOs I'm going to shoot [redacted] tomorrow and Donald Trump END CAPITALISM FREE THE PEOPLE". The post was archived under post number 521849201. An EDR for Anonymous/ID: nxK50mRt returned the following: recent IP address 98.230.99.81. A subpoena response from Comcast confirmed that IP address 98.230.99.81 was assigned on November 20, 2025, at 12:42 hours to [redacted] at [redacted].

16. On December 8, 2025, 4chan user Anonymous (ID: QS/8AMXM) posted the following:

Anonymous (ID: OS/8AMXM) 12/08/25(Mon)08:01:58 No.523117707 ▶ >>523118326

Death to America
Bomb America
Bomb the federal reserve
Kill politicians
Kill CEOs
Shoot Joe Biden
[redacted]
Shoot Donald Trump
END CAPITALISM
FREE THE PEOPLE

17. At the time of the post, law enforcement surveillance confirmed that VILLAVICENCIO was the only one present at the 1806 Sharon RD address. On January 25, 2026, 4chan user Anonymous (No. 61705508) posted an article about a cryptocurrency forum by World Liberty to be hosted at Mar-a-Lago on February 18, 2026, and questioning the impact on the price of Bitcoin. In response, 4chan user No. 61705814 posted the following:

Anonymous Sun, Jan 25, 2026 10:44:19 No.61705814

Good, I'll be driving there to take a couple shots at trump and some of the other corrupt plutocrats
Death to America
Bomb America
Bomb the federal reserve
Kill politicians
Kill CEOs
Shoot Joe Biden
[redacted]
Shoot Donald Trump
END CAPITALISM
FREE THE PEOPLE

18. Evidence gathered as part of this investigation indicates VILLAVICENCIO has an extensive history of making similar threats. On March 22, 2015, VILLAVICENCIO was arrested and charged with aggravated assault with a deadly weapon. According to the affidavit in support of the arrest, a student at the University of Central Florida (UCF) was in the University's Recreation and

Wellness Center when a man, later identified as VILLAVICENCIO, bumped into her. The student believed it was intentional and confronted VILLAVICENCIO telling him "excuse you, you just bumped into me." VILLAVICENCIO responded that she should have moved out of his way. The student then got her boyfriend who told VILLAVICENCIO that he should have said he was sorry. At that point, VILLAVICENCIO told the boyfriend this was not the day to mess with him, pulled out a pocketknife, and pointed it at the boyfriend, who believed VILLAVICENCIO was going to use the knife. Law Enforcement tracked VILLAVICENCIO down the next day. VILLAVICENCIO admitted pointing the knife at the boyfriend and said he had gotten rid of the knife so it wouldn't be found.

19. In April 2017, UCF's Office of Student Conduct received a complaint regarding VILLAVICENCIO from a teaching assistant (T/A) that VILLAVICENCIO had become upset and yelled at the T/A after the T/A requested his ID while taking a test. The Student Conduct Office attempted to resolve the issue with VILLAVICENCIO, but he would not participate in the process until February 2021. After several attempts to arrange a meeting, VILLAVICENCIO agreed to meet remotely with an administrator on April 2, 2021. During the meeting, VILLAVICENCIO was animated, intimidating, argumentative, and his mood varied from being elevated to then calm, as if he was attempting to use his mood to control the meeting. During the meeting, VILLAVICENCIO turned the camera at least three

times toward what appeared to be an automatic rifle, particularly when he was upset. The following is a screen capture taken during the meeting and subsequently attached to a Memorandum in Support for a Risk Protection Order that UCF subsequently obtained against VILLAVICENCIO.[4]



20. On April 30, 2021, an anonymous 4chan user posted "I'm getting ready to kill [redacted] myself and I don't need the dark web to do it lol". An emergency disclosure request was issued to 4chan and revealed that the IP address 97.100.207.224 which resolved to Charter Spectrum customer VILLAVICENCIO located at 720 Oak Manor Circle, Orlando, FL, and phone number of 407-443-9250.

---

[4] When law enforcement served VILLAVICENCIO with the risk protection order, they observed the alleged automatic rifle and determined it was not an actual firearm.

21. On May 7, 2021, an FBI Special Agent and Task Force Officer (TFO) interviewed VILLAVICENCIO in connection with the April 30th threat against [redacted] VILLAVICENCIO advised the TFO that he lived at the address with his wife and child. He claimed that he reported to his internet service provider a few months prior that unknown individuals were using his unsecured WiFi network. VILLAVICENCIO told the TFO that he knew who the federal reserve chairman was because he watched Bloomberg and tracks the financial markets and that he was familiar with 4chan. The TFO then read VILLAVICENCIO the posted threat. VILLAVICENCIO denied making the threat, and then asked whether [redacted] was in good health. VILLAVICENCIO then told the TFO that if [redacted] was in good health it must mean that the threat was not legitimate.

22. On June 9, 2021, VILLAVICENCIO sent an email to a UCF administrator. The subject of the email was "Hey you stupid motherfucker," and in the body of the email, VILLAVICENCIO wrote "[w]here is my fucking diploma you fucking retard? If my diploma isn't sent to me by June 15 your entire world is going to get rocked."

23. On June 10, 2021, VILLAVICENCIO went to the UCF Student Conduct Office and asked to speak to an administrator. VILLAVICENCIO was loud and agitated, and the administrator called the UCF police department after VILLAVICENCIO began screaming at him. According to an administrative

assistant who was present, VILLAVICENCIO threatened the administrator by telling him "be careful" before he left the office.

24. On June 18, 2021, an anonymous 4chan user posted on a photo from a doorbell camera of two FBI agents outside of his residence with the comment "Just tell them you're going to BOMB the central bank and kill [redacted] they'll come right to you. Guaranteed." This photograph was taken on May 7, 2021 when two FBI agents interviewed VILLAVICENCIO about his 4chan posts concerning [redacted]

25. On July 26, 2021, UCF obtained a one-year Risk Protection order against VILLAVICENCIO.

26. Based on the foregoing, Your Affiant has probable cause to believe that

VILLAVICENCIO has violated 18 U.S.C. § 875(c) (Interstate communications/threats).

Respectfully submitted,

Myles Jones
FBI Special Agent

Subscribed and sworn to me this 2nd day of February, 2026.

HONORABLE MARTIN FITZPATRICK
UNITED STATES MAGISTRATE JUDGE